**From:** **Peacock, Cynthia D.** cynthia.d.peacock@nccourts.org 📎
**Subject:** RE: Request for Clarification and Action on Outstanding Orders and Scheduled Motions
**Date:** May 15, 2024 at 12:10 PM
**To:** Stetson Webster stetson@stetsonwebster.com
**Cc:** palme Steve steve@raleighdivorcehelp.com

Hello,

I will follow up with Judge Kennedy and respond when I hear back. Thank you.



**Cynthia Peacock**
Case Coordinator For The Honorable Judge Bell
Family Court District 10
North Carolina Judicial Branch
**O  919-792-4883**
**F  919-792-4876**

**From:** Stetson Webster <stetson@stetsonwebster.com>
**Sent:** Tuesday, May 14, 2024 12:20 AM
**To:** Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org>
**Cc:** palme Steve <steve@raleighdivorcehelp.com>
**Subject:** Re: Request for Clarification and Action on Outstanding Orders and Scheduled Motions

Hello Ms. Peacock,

I hope this email finds you well.  The statements from Judge Bell and Judge Bedford are great news and, indeed, the confirmation I am looking for. Thank you.

I want to discuss the Order to Show Cause that was scheduled to be heard on 3 October 2023. It was later determined in open court that the hearing will be continued. I believe that this matter is different from a typical hearing where I would request a date and collaborate with the other party for their consent. As per my understanding, the Court sets the date for an Order to Show Cause. It's not the movant's responsibility to seek the other party's consent. Therefore, I request the Court to set the new date. This way, I won't have to rely on the other party for consent, which is predictable. If I am mistaken about this procedure, please correct me. I am not seeking any legal advice, but I want to get my issues addressed. It's important to note that I filed this motion more than a year ago with the contempt still ongoing to this day. Despite this, I am still unable to get it heard more than a year later.
Please confirm.  Thanks in advance.

Regards,

Stetson Webster

On May 3, 2024, at 1:11 PM, Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org> wrote:

Hello All,

Per Judge Bell, all parties can always follow our regular calendaring procedures to put matters on the calendar to be heard. Therefore, you may calendar your issue to be heard in court. Judge Bell states she is also working to complete her final order in your case.  Judge Bedford is aware of the concerns regarding the 10/3/2023 hearing and is and working to resolve that issue/order.  I can provide feedback once I hear back from Judge Bedford. Thank you.

<imagc001.png>     **Cynthia Peacock**
Case Coordinator For The Honorable Judge Bell
Family Court District 10
North Carolina Judicial Branch
**O  919-792-4883**
**F  919-792-4876**

**From:** Stetson Webster <stetson@stetsonwebster.com>
**Sent:** Friday, May 3, 2024 11:47 AM
**To:** Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org>
**Cc:** palme Steve <steve@raleighdivorcehelp.com>
**Subject:** Re: Request for Clarification and Action on Outstanding Orders and Scheduled Motions

EXHIBIT
W21

Dear Ms. Peacock,

That will be wonderful. Thank you very much for your understanding and for taking the time.

Regards,

Stetson Webster

On May 3, 2024, at 10:45 AM, Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org> wrote:

Hello,

I will consult with Judge Bell following your request and follow-up with you when I have more information. Thank you.

<image001.png>    **Cynthia Peacock**
Case Coordinator For The Honorable Judge Bell
Family Court District 10
North Carolina Judicial Branch
**O  919-792-4883**
**F   919-792-4876**

---

**From:** Stetson Webster <stetson@stetsonwebster.com>
**Sent:** Friday, May 3, 2024 10:25 AM
**To:** Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org>
**Cc:** palme Steve <steve@raleighdivorcehelp.com>
**Subject:** Re: Request for Clarification and Action on Outstanding Orders and Scheduled Motions

Hello again Ms. Peacock,

I hope this message finds you well. I am writing solely for the purpose of addressing specific administrative issues related to the processing and entry of court orders in my case. This communication is intended to seek clarification on procedural matters and is not a request for legal advice. I am aware of the court's administrative responsibilities and seek only to ensure these duties are carried out efficiently.

It appears there may have been an oversight in the administrative processing of orders from hearings on January 9, 2023, and October 3, 2023. Given the importance of these documents to the ongoing proceedings of my case, I am keen on understanding the appropriate steps for rectifying these omissions.

To facilitate a swift and thorough resolution, I propose scheduling a brief conference call involving the opposing party. This would ensure all parties are aligned and can directly address any concerns or requirements for correcting the record. I do not anticipate this call taking more than 10 minutes (if that long).

Could you please provide guidance on how we can arrange this call? I am prepared to assist in coordinating with all parties and providing any necessary documents or further information that could facilitate this process.

Thank you for your attention to this matter. I appreciate your assistance in ensuring that the court's administrative tasks are completed with the requisite care and precision, thereby maintaining the integrity of the court's proceedings.

Warm regards,

Stetson Webster

On Apr 25, 2024, at 8:02 AM, Stetson Webster <stetson@stetsonwebster.com> wrote:

Dear Ms. Peacock,

I am writing to directly address an urgent matter that requires rectification within the court's administrative records, which falls under your direct oversight as Judge Bell's case coordinator.

Several issues were adjudicated during the hearing on October 3, 2023, presided over by Judicial Officer Jennifer Harvey Bedford. However, there appears to be an omission in the portal concerning Item #4: **Advisement Hearing regarding the Motion & Order to Show Cause filed on April 24, 2023**. This item is not just important, but crucial to my case, and its absence from the records disrupts the proceedings.

As this is a matter of court record accuracy and not a request for legal advice, it is within your and Judge Bell's purview to correct this oversight. This correction is essential for ensuring that all parties have a clear and accurate understanding of the status of proceedings.

Please let me know the process for addressing this oversight directly through your office or what actions will be taken to update the court records accordingly. I urgently request your prompt attention to this critical matter.

Thank you for ensuring the integrity of the court's administrative process.

Regards,

Stetson Webster

On Apr 24, 2024, at 1:50 PM, Stetson Webster <stetson@stetsonwebster.com> wrote:

Hello Again Ms. Peacock,

I am writing to inquire about the procedural status of two specific orders and to request your assistance in understanding the next steps to facilitate their entry:

1.      The entry of the order from the hearing on Defendant's Motion to Show Cause on 9 January 2023
2.      The entry of the order from the hearing on Defendant's Motion to Show Cause on 3 October 2023.

Could you please provide an update on the progress of these orders? If there are specific steps I should follow to assist in moving these matters forward, I would appreciate your guidance on the process.

Thank you for your attention to these procedural matters.

Best regards,

Stetson Webster

On Apr 24, 2024, at 11:47 AM, Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org> wrote:

Hello All,

Mr. Webster, regarding Motion to Show Cause, originally scheduled for 3 October 2023, I will seek Judge Bell guidance regarding the continuance of this matter and inform all parties. The rules are still the same for

continuing any other matter. Any matter you wish to continue you will file the appropriate motion as you have done before. If you would like clarification on a particular matter, please file a motion to be heard on your concerns in court. If you would like clarification on how to proceed with your matters, please seek legal counsel or come here to the legal center for possible assistance. I cannot advise you on how to move forward. As Judge Bell's case manager, I manage the cases set before her and am not involved with the number or issues or motions the parties choose to file. Furthermore, if you are referring to the opposing attorney having a mutual interest in streamlining proceedings and the number of pending motions, please consult with that opposing attorney to hopefully produce a possible remedy. I am not involved in discussing comprehensive strategy regarding cases. Again, you may file any motion and calendar the matter you wish to be heard on. Everyone have a good day.

 **Cynthia Peacock**
Case Coordinator For The Honorable Judge Bell
Family Court District 10
North Carolina Judicial Branch
**O 919-792-4883**
**F 919-792-4876**

---

**From:** Stetson Webster <stetson@stetsonwebster.com>
**Sent:** Wednesday, April 24, 2024 10:15 AM
**To:** Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org>
**Cc:** palme Steve <steve@raleighdivorcehelp.com>
**Subject:** Re: Request for Clarification and Action on Outstanding Orders and Scheduled Motions

Hello Ms. Peacock,

Thank you for your prompt and helpful response. I appreciate the guidance on calendaring matters for the court's consideration.

Regarding the pending continuance of my Motion to Show Cause, originally scheduled for 3 October 2023, I seek further clarification on how to proceed specifically with this matter.
Given that it is a continuance rather than a new issue, should this be placed on the calendar anew, or does the court prefer to handle it as a continuance before adding other matters? I aim to follow the most appropriate process to ensure an efficient resolution of this and other pending issues.

Furthermore, considering our mutual interest in streamlining proceedings and the number of pending motions, I would appreciate the opportunity to discuss a comprehensive strategy for addressing these collectively. This approach could reduce the need for multiple separate hearings and promote judicial economy.

Thank you again for your assistance with these procedural clarifications. I am eagerly anticipating the opportunity to align our efforts to address all matters expeditiously. I look forward to your clarification on the next steps.

Regards,

Stetson Webster

On Apr 24, 2024, at 9:01 AM, Peacock, Cynthia D.
<cynthia.d.peacock@nccourts.org> wrote:

Good morning,

Please calendar any matters you wish to be heard on. If
adding a matter is by consent, we can add it with an
additional 30 min. If not by consent, then Judge Bell will
decide to add or not. Thank you.

<image001.png>        **Cynthia Peacock**
                      Case Coordinator For The Honorable Judge Bell
                      Family Court District 10
                      North Carolina Judicial Branch
                      **O  919-792-4883**
                      **F   919-792-4876**

---

**From:** Stetson Webster <stetson@stetsonwebster.com>
**Sent:** Wednesday, April 24, 2024 12:42 AM
**To:** Peacock, Cynthia D. <cynthia.d.peacock@nccourts.org>
**Cc:** palme Steve <steve@raleighdivorcehelp.com>
**Subject:** Request for Clarification and Action on Outstanding
Orders and Scheduled Motions

Dear Ms. Peacock,

I hope this message finds you well. I am writing to follow
up on matters discussed in open court on 8 April 2024
and ask for clarification and assistance regarding
several outstanding
orders and recently filed motions in my case.

During the session on 8 April, Judge Bell suggested that
all outstanding orders had been addressed; however, I
was not able to verify this at the time as we were
focused on other
matters. Upon reviewing my records, I noted that the
orders for the hearings on Defendant's Motions to Show
Cause dated 9 January 2023 and 3 October 2023 have
not yet been entered. Additionally, it was stated that a
decision was reached for the 3 October 2023
hearing but not entered, and the continuance for my
Motion to Show Cause remains pending.

To efficiently resolve these issues and avoid
unnecessary judicial escalations, I propose scheduling a
brief conference to clarify and expedite the entry of
these orders. It seems
feasible to set a date for establishing a record for an
"Order Due" and to assign drafting responsibilities
accordingly. For the continuance of my Motion to Show
Cause against the Defendant, a new date could
potentially be aligned with the motion to modify
child support already scheduled for 29 August 2024.

Furthermore, I have recently filed additional motions
under Rules 59 and 62 and a
*Motion for Status on Defendant's Compliance, Release
or Inspection of Documents, and Adverse Inference.*
Addressing these issues collectively could save judicial
resources and facilitate smoother proceedings for all
parties involved.

I am committed to a cooperative process and hope that

through constructive dialogue, we can avoid the need
for further formal escalations. I appreciate your
assistance
 in facilitating these discussions and await your
guidance on how we might proceed.


Thank you for your attention to these matters. I look
forward to your prompt response.


Regards,


Stetson Webster

<~WRD1914.jpg>
E-mail correspondence to and from this address may be subject
to the
North Carolina public records laws and if so, may be disclosed.

<~WRD0647.jpg>
E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.


<~WRD0002.jpg>


<~WRD0002.jpg>
E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

<~WRD3792.jpg>
E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so. may be disclosed.