| | |
|---|---|
| MICHAEL SCOTT DAVIS, STETSON MANSFIELD WEBSTER<br><br>  Plaintiffs, *Pro Se*<br><br>v.<br><br>BRIAN RATLEDGE, JENNIFER BEDFORD, JULIE BELL, DAMION MCCULLERS, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES AS JUDGES.<br><br>  Defendants. | MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT |

NOW COME Defendants Brian Ratledge, Jennifer Bedford, Julie Bell, and Damion McCullers ("Judicial Defendants"), District Court Judges in North Carolina's 10th Judicial District, in their official and individual capacities, by and through undersigned counsel, and hereby moves this Court pursuant to Rules 12(b)(1), (2) and (6) to dismiss this action. In support of this motion, Defendants rely on the legal authority and arguments set forth in the supporting memorandum of law contemporaneously filed herewith.

1

Respectfully submitted, this the 21st day of October, 2024.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Chris D. Agosto Carreiro
Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
ccarreiro@ncdoj.gov
State Bar No. 45356
*Attorney for Defendants*

2

Case 5:24-cv-00440-FL     Document 28     Filed 10/21/24     Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed this **Motion to Dismiss Plaintiffs' Amended Complaint** using the CM/ECF system, which will send notification of such filing to the *pro se* parties who have consented to receive electronic service of all motions, notices, orders, and documents in civil cases in the Eastern District of North Carolina via the CM/ECF system.

This the 21st day of October, 2024.

/s/ Chris D. Agosto Carreiro
Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice