UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL SCOTT DAVIS and <br> STETSON MANSFIELD WEBSTER <br> Plaintiffs, | ) <br> ) <br> ) <br> ) |  |
| v. | ) <br> ) <br> ) | **JUDGMENT** <br><br> No. 5:24-CV-440-FL |
| BRIAN RATLEDGE, JENNIFER <br> BEDFORD, JULIE BELL, and DAMION <br> MCCULLERS, in their official and <br> individual capacities <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) |  |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 5, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 5, 2025, and Copies To:**
Michael Scott Davis and Stetson Mansfield Webster (via CM/ECF Notice of Electronic Filing)
Christopher Agosto Carreiro / Elizabeth Curran O'Brien (via CM/ECF Notice of Electronic Filing)


March 5, 2025                         PETER A. MOORE, JR., CLERK

                                                    /s/ Sandra K.Collins
                                                (By) Sandra K. Collins, Deputy Clerk