UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

CASE NO. 5:24-CV-00440-FL

MICHAEL SCOTT DAVIS and
STETSON MANSFIELD WEBSTER,

PLAINTIFFS,

v.

BRIAN RATLEDGE, JULIE BELL,
JENNIFER BEDFORD and DAMION
MCCULLERS,

DEFENDANTS.

**REQUEST FOR CLARIFICATION REGARDING BASIS FOR DISMISSAL**

> Motion DENIED.
> This the 30 day of May, 20 25
> /s/Louise W. Flanagan, U.S. District Judge

## REQUEST FOR CLARIFICATION REGARDING BASIS FOR DISMISSAL

*(In Light of* Williams v. Reed, *604 U.S. ___ (2025) Regarding Procedural Foreclosure of Independent § 1983 Constitutional Claims)*

**To the Honorable District Court:**

Plaintiffs respectfully submit this Request for Clarification concerning the Court's dismissal of Plaintiffs' constitutional claims, entered March 5, 2025 (ECF No. 52), and the related denial of declaratory relief and supplemental pleadings entered October 28, 2024 (ECF No. 32).

This request is submitted not for reconsideration, but to respectfully document and understand the specific rationale by which Plaintiffs' claims—explicitly brought under *Ex Parte Young*, 209 U.S. 123 (1908), and 42 U.S.C. § 1983—were deemed barred under the Rooker-Feldman doctrine despite having been framed as independent constitutional violations.